**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HINES INTERESTS LIMITED PARTNERSHIP, a Texas limited partnership; URBAN OAKS BUILDERS, LLC, a Delaware limited liability company; 1662 MULTIFAMILY LLC, a Delaware limited liability company; HINES 1662 MULTIFAMILY, LLC, a Delaware limited liability company; HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; HIMH GP, LLC, a Delaware limited liability company; HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; JCH INVESTMENTS, Inc., a Texas corporation;

    Plaintiffs,

vs.                                                      CASE NO: 6:18-cv-1147-ORL-DCJ

SOUTHSTAR CAPITAL GROUP I, LLC, a Florida limited liability company; COTTINGTON ROAD TIC, LLC, a Delaware limited liability company; DURBAN ROAD TIC, LLC, a Delaware limited liability company; COLLIS ROOFING, INC., a Florida corporation; DA PAU ENTERPRISES, INC., a Florida corporation; FLORIDA CONSTRUCTION SERVICES, INC., a Florida corporation; STRUCTURAL CONTRACTORS SOUTH, INC., a Florida corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,

    Defendants.

_____/

.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

GEMINI INSURANCE COMPANY ("Gemini"), moves for an extension of time to file its response to the complaint (DE 2) by HINES INTERESTS LIMITED PARTNERSHIP; URBAN OAKS BUILDERS, LLC; 1662 MULTIFAMILY LLC; HINES 1662 MULTIFAMILY, LLC; HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP; HIMH GP, LLC; HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP; and JCH INVESTMENTS, Inc. (collectively, "Hines") and states:

1. On July 17, 2018 Gemini removed the action to this Court. (DE 1.)

2. Gemini's response is currently due on July 24, 2018.

3. Gemini requests an extension of time to respond to the complaint until August 10, 2018.

3. This request is made in good faith, and not for purposes of delay.

4. This motion is authorized by Federal Rule of Civil Procedure 6(b)(1)(A), which provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time." "The good cause standard precludes modification unless the schedule cannot 'be met despite the diligence of the party seeking the extension.'" *Idearc Media Corp. v. Kimsey & Assocs., P.A.*, No. 8:07-CV-1024-T-17EAJ, 2009 WL 413531, at *1 (M.D. Fla. Feb. 18, 2009) (citing *Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998)).

5. Due to the size and complexity of the case, as well as the pressures of competing deadlines, Gemini respectfully needs additional time to respond the complaint.

6. Counsel for Gemini conferred with opposing counsel, and Hines does <u>not</u> object to the relief requested in this motion.

7. A proposed order granting Gemini's motion is attached as Exhibit "A."

Accordingly, Gemini respectfully requests that it be allowed until August 10, 2018 to respond to the complaint, as well as any other relief the Court deems appropriate.

## CERTIFICATE OF CONFERRAL WITH OPPOSING COUNSEL

In accordance with Local Rule 3.01(g), the undersigned has conferred with opposing counsel. Opposing counsel does not oppose this motion.

Respectfully submitted,

/s/KEVIN M. NESLAGE
SINA BAHADORAN
Florida Bar No. 523364
Sina.Bahadoran@Clydeco.us
KEVIN M. NESLAGE
Florida Bar No. 123627
Kevin.Neslage@Clydeco.us

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
T: 305.446.2646

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2018, I e-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

/s/KEVIN M. NESLAGE
**KEVIN M. NESLAGE**