UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-CV-1147-ORL-DCJ

HINES INTERESTS LIMITED PARTNERSHIP, a Texas limited partnership; URBAN OAKS BUILDERS, LLC, a Delaware limited liability company; 1662 MULTIFAMILY LLC, a Delaware limited liability company; HINES 1662 MULTIFAMILY, LLC, a Delaware limited liability company; HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; HIMH GP, LLC, a Delaware limited liability company; HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; JCH INVESTMENTS, Inc., a Texas corporation;

      Plaintiffs,

v.

SOUTHSTAR CAPITAL GROUP I, LLC, a Florida limited liability company; COTTINGTON ROAD TIC, LLC, a Delaware limited liability company; DURBAN ROAD TIC, LLC, a Delaware limited liability company; COLLIS ROOFING, INC., a Florida corporation; DA PAU ENTERPRISES, INC., a Florida corporation; FLORIDA CONSTRUCTION SERVICES, INC., a Florida corporation; STRUCTURAL CONTRACTORS SOUTH, INC., a Florida corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,

Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Page **1** of **3**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*SOUTHSTAR CAPITAL GROUP, I, LLC, etc., et al., v. 1662 MULTIFAMILY LLC, etc., et al.*, Osceola County Circuit Court, FL, Case # 2018-CA-4150-C

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: August 8, 2018

                                            Respectfully submitted,

                                            */s/Rebecca C. Appelbaum*
                                            REBECCA C. APPELBAUM, ESQ.
                                            LEAD ATTORNEY
                                            Florida Bar No.: 0179043
                                            rebecca.appelbaum@arlaw.com
                                            teresa.soluri@arlaw.com
                                            jenny.schroeder@arlaw.com

                                            CHELSEA C. HARRISON, ESQ.
                                            Florida Bar No.: 98536
                                            chelsea.harrison@arlaw.com
                                            lisa.stallard@arlaw.com

                                            ADAMS AND REESE LLP
                                            101 E. Kennedy Blvd., Suite 4000
                                            Tampa, Florida 33602
                                            (813) 402-2880 (Telephone)
                                            (813) 402-2887 (Facsimile)
                                            *Attorneys for Defendant,*
                                            *Navigators Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 8th day of August, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

           */s/Rebecca C. Appelbaum*
           REBECCA C. APPELBAUM, ESQ.