**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HINES INTERESTS LIMITED PARTNERSHIP, a Texas limited partnership; URBAN OAKS BUILDERS, LLC, a Delaware limited liability company; 1662 MULTIFAMILY LLC, a Delaware limited liability company; HINES 1662 MULTIFAMILY, LLC, a Delaware limited liability company; HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; HIMH GP, LLC, a Delaware limited liability company; HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; JCH INVESTMENTS, Inc., a Texas corporation;

    Plaintiffs,

v.

SOUTHSTAR CAPITAL GROUP I, LLC, a Florida limited liability company; COTTINGTON ROAD TIC, LLC, a Delaware limited liability company; DURBAN ROAD TIC, LLC, a Delaware limited liability company; COLLIS ROOFING, INC., a Florida corporation; DA PAU ENTERPRISES, INC., a Florida corporation; FLORIDA CONSTRUCTION SERVICES, INC., a Florida corporation; STRUCTURAL CONTRACTORS SOUTH, INC., a Florida corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,

    Defendants.
_____/

CASE NO. 6:18-cv-1147-ACC-DCI

**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04, I certify that the instant action:

X       IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Southstar Capital Group, I, LLC, et al. v. 1662 Multifamily LLC, et al.* Pending in the Ninth Judicial Circuit, Osceola County, Florida, Case No. 2018-CA-415

_____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party.

Respectfully Submitted,

*/s/ Mark A. Boyle*
Mark A. Boyle
Florida Bar No. 0005886
Molly Chafe Brockmeyer
Florida Bar No. 0105798
Justin M. Thomas
Florida Bar No. 89405
Boyle & Leonard, P.A.
2050 McGregor Blvd.
Fort Myers, Florida 33901
(239) 337-1303
(239) 337-7674 – Facsimile
eservice@insurance-counsel.com
mboyle@insurance-counsel.com
mbrockmeyer@insurance-counsel.com
jthomas@insurance-counsel.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that on August 8, 2018, I electronically filed this document using the CM/ECF system, which will automatically serve the parties to this action. I am unaware of any non-CM/ECF participants in this lawsuit.

/s/ *Mark A. Boyle*
Mark A. Boyle
Florida Bar No. 0005886