**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HINES INTERESTS LIMITED PARTNERSHIP, a
Texas limited partnership; URBAN OAKS
BUILDERS, LLC, a Delaware limited liability
company; 1662 MULTIFAMILY LLC, a Delaware
limited liability company; HINES 1662
MULTIFAMILY, LLC, a Delaware limited liability
company; HINES INVESTMENT MANAGEMENT
HOLDINGS LIMITED PARTNERSHIP, a Texas
limited partnership; HIMH GP, LLC, a Delaware
limited liability company; HINES REAL ESTATE
HOLDINGS LIMITED PARTNERSHIP, a Texas
limited partnership; JCH INVESTMENTS, Inc., a
Texas corporation;

    Plaintiffs,                              CASE NO. 6:18-cv-1147-ACC-DCI

v.

SOUTHSTAR CAPITAL GROUP I, LLC, a Florida
limited liability company; COTTINGTON ROAD
TIC, LLC, a Delaware limited liability company;
DURBAN ROAD TIC, LLC, a Delaware limited
liability company; COLLIS ROOFING, INC., a
Florida corporation; DA PAU ENTERPRISES, INC.,
a Florida corporation; FLORIDA CONSTRUCTION
SERVICES, INC., a Florida corporation;
STRUCTURAL CONTRACTORS SOUTH, INC., a
Florida corporation; NAVIGATORS SPECIALTY
INSURANCE COMPANY, a New York corporation;
GEMINI INSURANCE COMPANY, a Delaware
corporation; and IRONSHORE SPECIALTY
INSURANCE COMPANY, an Arizona corporation,

    Defendants.

_____/

## NOTICE OF FILING UPDATED RULE 3.01(g) CERTIFICATE OF GOOD FAITH CONFERENCE ON PLAINTIFF URBAN OAKS BUILDERS LLC'S MOTION TO TRANSFER VENUE

PLAINTIFF, URBAN OAKS BUILDERS, LLC, ("UOB"), by and through undersigned counsel, file this Update Rule 3.01(g) Certificate of Good Faith Conference on UOB's Motion to Transfer Venue [Doc. 47], and states:

1. On September 4, 2018, Plaintiff UOB filed a Motion to Transfer Venue [Doc. 47].

2. The undersigned was unable to confer with counsel for Defendants regarding their positions as to the Motion to Transfer Venue pursuant to Local Rule 3.01(g).

3. Since the filing of the Motion to Transfer Venue, counsel for UOB has conferred with counsel for Collis Roofing, Inc. and Da Pau Enterprises, Inc., who do not object to the relief requested in the Motion to Transfer Venue.

4. Since the filing of the Motion to Transfer Venue, counsel for UOB has conferred with counsel for Florida Construction Services, Inc., Gemini Insurance Company and Ironshore Specialty Insurance Company, all of which do object to the relief requested in the Motion to Transfer Venue.

5. Counsel for UOB has spoken with Navigators Specialty Insurance Company who has not yet taken a position as to the relief requested in the Motion to Transfer Venue.

Dated: September 6, 2018

Respectfully Submitted,

/s/ *Mark A. Boyle*
Mark A. Boyle
Florida Bar No. 0005886
Molly Chafe Brockmeyer
Florida Bar No. 0105798
Justin M. Thomas
Florida Bar No. 89405
Boyle & Leonard, P.A.
2050 McGregor Blvd.
Fort Myers, Florida 33901
(239) 337-1303
(239) 337-7674 – Facsimile
eservice@insurance-counsel.com
mboyle@insurance-counsel.com
mbrockmeyer@insurance-counsel.com
jthomas@insurance-counsel.com

## CERTIFICATE OF SERVICE

I CERTIFY that on September 6, 2018, I electronically filed this document using the

CM/ECF system, which will automatically serve the parties to this action. I am unaware of any

non-CM/ECF participants in this lawsuit.

/s/ *Mark A. Boyle*
Mark A. Boyle
Florida Bar No. 0005886